**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIN SMITH, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>vs.<br><br>FORMAN AUTOMOTIVE, INC. D/B/A UNITED NISSAN RENO<br><br>Defendant(s). | Case # 2:26-cv-03757-APG-BNW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Christopher E. Berman (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Shamis Gentile (firm name) with offices at 14 NE 1st Ave Suite 705 (street address), Miami (city), Florida (state), 33132 (zip code), 305-479-2299 (area code + telephone number), cberman@shamisgentile.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Christin Smith [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.



Doc ID: d0899b45119de4c3c812048b1661b7c452e556bf

3. That since 09/25/2018 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Florida State Bar | 09/25/2018 | 1010654 |
| See Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None



Doc ID: d0899b45119de4c3c812048b1661b7c452e556bf

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/20/2023 | 2:22-cv-01339 | District of Nevada | Granted |
| 09/25/2026 | 2:26-cv-02828 | District of Nervada | Granted |
| 08/12/2025 | 2:25-cv-01385 | District of Nervada | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.





Doc ID: d0899b45119de4c3c812048b1661b7c452e556bf

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

______________________________
Petitioner's signature

STATE OF Florida )
)
COUNTY OF Miami Dade )

Christopher E. Berman, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

______________________________
Petitioner's signature

Subscribed and sworn to before me this

05 day of November, 2026.

______________________________
Notary Public or Clerk of Court

Notary Public State of Florida
Stephanie Babani
My Commission HH 742892
Expires 3/16/2030

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Ryan Gormley, Esq. (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

4101 Meadows Lane, Ste. 100,
(street address)

Las Vegas, Nevada, 89107,
(city) (state) (zip code)

(702) 333-7777, Rgormley@claggettlaw.com.
(area code + telephone number) (Email address)



Doc ID: d0899b45119de4c3c812048b1661b7c452e556bf

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Ryan Gormley, Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

______________________________
(party's signature)

Christin Smith, Plaintiff
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Ryan T. Gormley*
Designated Resident Nevada Counsel's signature

13494 Rgormley@claggettlaw.com
Bar number Email address

APPROVED:

Dated: this 12th day of November, 20 26.

______________________________
UNITED STATES DISTRICT JUDGE





Doc ID: d0899b45119de4c3c812048b1661b7c452e556bf

# EXHIBIT A

| JURISDICTION | DATE OF ADMISSION |
|---|---|
| Florida State Bar | 09/25/2018 Bar # 1010654 |
| Southern District of Florida | 08/16/2022 |
| Middle District of Florida | 05/14/2024 |
| Northern District of Illinois | 04/26/2024 |
| Western District of Michigan | 11/18/2025 |
| Eastern District of Texas | 03/19/2026 |
| Northern District of Ohio | 03/31/2026 |
| Southern District of Texas | 03/25/2026 |
| Western District of Texas | 04/15/2026 |
| Northern District of Texas | 05/12/2026 |
| U.S. COURT OF APPEALS, ELEVENTH CIRCUIT | 05/14/2026 Bar # 348806094 |
| Western District of Oklahoma | 08/11/2026 Bar # 26-159 |

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 1010654
Christopher Eric Berman
Shamis & Gentile, P.A.
781 NW 48th Ave
Coconut Creek, FL 33063-4622

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 25, 2018**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 10th day of **November, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-446074